# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                        Case No.: 1:12–cr–00175
                                        Honorable Sharon Johnson Coleman

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 20, 2015:

      MINUTE entry before the Honorable Sharon Johnson Coleman: as to Derrick Smith (1); This Court denies Smith's motion for release pending appeal [243] and directs that he report to the U.S. Bureau of Prisons by October 23, 2015. Enter Order. Mailed notice (rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.